===============================================================================

### \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

<u>     NORTHERN     </u> DISTRICT OF <u>     NEW YORK     </u>

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO 1:07-CV-1103 (LEK/DRH)**

AIR TRANSPORT ASSOCIATION
OF AMERICA, INC.,

                    **Plaintiff,**

  -against-

ANDREW CUOMO, in his official capacity
as Attorney General of the State of New
York, and MINDY A. BOCKSTEIN, in her
official capacity as Chairperson and
Executive Director of the New York
State Consumer Protection Board,

                    **Defendants,**

<u>            </u>   **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

<u>     XX     </u>   **DECISION by COURT.**  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendants as against the plaintiff, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated December 20, 2007.

**DATE:**   <u>  December 20, 2007            </u>

                                            ***LAWRENCE K. BAERMAN***<u>            </u>
                                            CLERK OF THE COURT

                                            *Scott A. Snyder*

                                            **Courtroom Deputy to the**
                                            **Honorable Lawrence E. Kahn**